# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

SUCCESSION OF
GARRETT JOSEPH CLAYBOURN

NO.   2025 CW 0568

**SEPTEMBER 8, 2025**

---

In Re:   Frances Elizabeth Claybourn, Bronwyn Guy, and Nicole Guy, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 109268.

---

**BEFORE:   LANIER, WOLFE, AND HESTER, JJ.**

**WRIT DENIED.**

WIL
EW
CHH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT